UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

JOHN THOMAS,                                 Case No. 21-CV-1473 (PJS/TNL)

      Plaintiff,

v.                                                    ORDER OF DISMISSAL

AETNA LIFE INSURANCE COMPANY,

      Defendant.

---

Based upon the Stipulation for Dismissal filed by the parties on August 16, 2022 [ECF No. 29],

IT IS ORDERED that this action is dismissed with prejudice and on the merits, without costs or disbursements to any party.

Dated: August 16, 2022

                                                         s/Patrick J. Schiltz
                                                         Patrick J. Schiltz, Chief Judge
                                                         United States District Court